UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>NELIDO ORTIZ DE JESUS, DEANA LYNNE MARSHALL ORTIZ a/k/a DEANA LYANA MARSHALL ORTIZ a/k/a DEANA LYNNE MARSHALL ORTIZ a/k/a DEANA LLYNE MARSHALL ORTIZ a/k/a DEANA L. MARSHALL ORTIZ and their Conjugal Partnership<br><br>Defendants | CIVIL NO.<br><br>Re: Foreclosure of Mortgage; Collection of Money |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting through the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1. Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2. Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm

and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of one (1) promissory note that affects the two (2) properties described further below.

3. Said promissory note was subscribed for the amount of **$60,510.00**, with annual interest of 5.25%, on June 5, 1985. *See Exhibit 1 (Note).*

4. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions agreed therein, through Deed No. 86. *See Exhibit 2 (Title Search #2,069) and Exhibit 3 (Title Search #5,063).*

5. On March 9, 2011, Deed 23 was executed in order to modify the loan above-mentioned to the amount of $101,429.74. In addition, the defendant party assumed the loan obligations referred to in this complaint through said deed. *See Exhibit 2 (Title Search #2,069) and Exhibit 3 (Title Search #5,063).*

6. According to the Property Registry, defendant party is the owner of record of the real estate properties subject of this case. Said properties are described -as they were recorded in Spanish- as follows:

    A. RÚSTICA: Predio de terreno compuesto de cinco cuerdas y media de cabida, equivalentes a dos hectáreas, diecisiete áreas y diecisiete centiáreas en el Barrio Los Ríos de Patillas, Puerto Rico, en lindes por el NORTE, con una loma que lo separa de tierras de Gumersindo de Jesús; por el SUR, con Jesús Villegas; por

    el ESTE, con una joya que lo separa de Jesús Villegas;; y por el OESTE, con Emilia Lebrón.

    Property 2,069, recorded at page 103 of volume 28 of Patillas, Property Registry of Guayama, Puerto Rico. *See Exhibit 2 (Title Search #2,069).*

B. RÚSTICA: Finca compuesta de cuarenta y cinco cuerdas con cincuenta centésimas de otra cuerda, equivalentes a diecisiete hectáreas, ochenta y ocho áreas, treinta y tres centiáreas y veinte miliáreas, radicada en el Barrio Los Ríos del término municipal de Patillas, Puerto Rico, en lindes por el NORTE, con la Sucesión de Luciano Stella Camacho, Francisco Morales Lebrón y Enrique Marín Rodríguez antes, hoy Genaro Román Figueroa; por el SUR, con el Río Jacaboa que separa terrenos de la Sucesión de Luciano Stella Camacho; por el ESTE, con la Sucesión de Rosa Ortiz Colón, Sucesión de Nicolás de Jesús Rodríguez y la Sucesión de Luciano Stella Camacho; y por el OESTE, con Eleno Solís Lebrón, Sucesión Alberto Calixto Ruiz, Enrique Marín.

Property 5,063, recorded at page 31 of volume 113 of Patillas, Property Registry of Guayama, Puerto Rico. *See Exhibit 3 (Title Search #5,063).*

7. The title searches attached to this complaint confirm the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibit 2 (Title Search #2,069) and Exhibit 3 (Title Search #5,063).*

8. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes

3

and proceed with the execution and/or foreclosure of the mortgages.

9. The defendant party herein jointly has failed to comply with the terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 4*, the following amounts, as to February 20, 2025:

   a) On the $60,510.00 Note, as modified:

      1) The sum of $100,165.61, of principal;

      2) The sum of $76,348.74, of interest accrued and thereafter until its full and total payment, which interest amount increases at the daily rate of $19.2098;

      3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation. *See Exhibit 4 (Certificate of Indebtedness)*.

10. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

11. Defendant party is not currently active in the military

service for the United States. *See Exhibit 5 (SCRA Certificates).*

## VERIFICATION

I, EDGAR MALDONADO MEDERO, of legal age, married, executive and resident of Toa Alta, Puerto Rico, in my capacity as Farm Loan Chief of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge

and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 7 day of March 2025.



Digitally signed by EDGAR MALDONADO
Date: 2025.03.07 13:20:22 -04'00'

EDGAR MALDONADO MEDERO

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)  That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)  Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)  That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)  That if the proceeds of such sale be insufficient to cover the amounts specified under this complaint, said defendant party be adjudged to pay to the United States the total amount of money remaining unsatisfied, and execution be issued forthwith against said defendant party for the payment of said deficiencies against any of the properties of said defendants;

e)  That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)  That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)  For such further relief as in accordance with law and equity may be proper.

In San Juan, Puerto Rico, this __7th__ day of March 2025.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX.  787-751-6155
email: dcfilings@fortuno-law.com

F:\1521 Department of Justice\Casos Activos\1521.358 Nelido Ortiz De Jesus\COMPLAINT.docx